RECEIVED
IN MONROE, LA.

JUL 0 3 2012
AC
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| THOMAS J. YARBROUGH<br>LA. DOC #480233 | CIVIL ACTION NO. 3:12-cv-0691 |
| VERSUS | SECTION P |
| | JUDGE ROBERT G. JAMES |
| JOHN SMITH, ET AL. | MAGISTRATE JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's civil rights Complaint, including his "Application and Motion Application for Writ of Habeas Corpus and Preliminary Injunction Against Warden John Smith, LPN Helen Leonard, and Dr. Sarah Lee" [Doc. 7], be **DISMISSED WITH PREJUDICE** for failing to state a claim for which relief may be granted in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B).

MONROE, LOUISIANA, this __3__ day of __July__, 2012.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE